UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin Rondeau</u>

             v.                            Case No. 10-cv-53-PB

<u>Hon, Bruce Larson, et al</u>


<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge McCafferty dated July 12, 2010.

    SO ORDERED.


July  28, 2010                            /s/ Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge


cc:    Kevin Rondeau, Pro Se